IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ADVANCE TRADING, INC., an Illinois )
Corporation, )
 )
Plaintiffs, )
 )
v. )
 )   Case No. 1:23-cv-01390-MMM-JEH
CRAIG BARONE, CRAIG ROBERTSON, )
FRED DIETZ, BRIAN JACOB, ERIC MEYER, )
JASON STRAHM, BRENT KIESER, )
AUSTIN ENDRESS, APALIS, LLC, and )
APALIS COMMODITIES, LLC, an Illinois )
 Limited Liability Company, )
 )
Defendants. )

## MOTION TO DISMISS COUNTERCLAIM

NOW COMES the Plaintiff/Counter-Defendant, ADVANCE TRADING, INC., an

Illinois Corporation, by and through its attorneys, Wood, DeVary, Armstrong & Houska, P.C.,

and for its Motion to Dismiss Defendants, FRED DIETZ, CRAIG BARONE, CRAIG

ROBERTSON, BRIAN JACOB, ERIC MEYER, JASON STRAHM, and BRENT KIESER'S

Counterclaim, respectfully states as follows:

I.      COUNTER-PLAINTIFFS CLAIMS

Counter-Plaintiffs filed a five Count Counterclaim against Counter-Defendants

Advance Trading, Inc., an Illinois Corporation, The Advance Trading, Inc. 401(k) Plan and

ESOP, and its Administrative Committee includes the following claims: Count I - Breach of

Contract, Count II – Defamation, Count III – Breach of Fiduciary Duty, Count IV – Breach of

Fiduciary Duty, and Count V – Failure to Supply Requested Information. (See General A

Counter-Plaintiffs Answers and Counterclaims Docket No.26.) Plaintiff/Counter-Defendants

move to dismiss all of Counts I-V.

1

**II.      SUMMARY OF COUNTER-DEFENDANTS ARGUMENTS**

Counter-Defendants request this Honorable Court to dismiss all Counts of Counter-Plaintiffs Counterclaim, with prejudice for the following reasons:

a. In Count I, Counter-Plaintiff fails to state a claim for breach of contract by failing to plead performance of all necessary duties under the contract.

b. In Count II, Counter-Plaintiff fails to state a proper claim for defamation *per se* for statements imputation of the commission of a crime, and for defamation *per se* for comments concerning their professional ability. The statements alleged do not contain the sufficient detail needed to support a claim for defamation *per se*, and the statement as alleged are statements of opinion as protected by the First Amendment.

c. In Count III, Counter-Plaintiffs claim they were damaged by breach of fiduciary duty, Counter-Plaintiff's have failed to state a claim as they do not allege that they have failed to exhaust their administrative remedies, and have not exhausted their administrative remedies.

d. In Count IV, Counter-Plaintiffs have failed to state a claim for relief as the factual allegations do not give rise to right to relief above the speculative level.

e. Count V should be dismissed because Plaintiffs have failed to state a proper claim for relief under ERISA, and have failed to plead that they exhausted their administrative remedies.

**III.      CONCLUSION**

WHEREFORE, for all the reasons stated above the Plaintiff/Counter-Defendants respectfully requests that the Court dismiss  Counter-Plaintiffs Counterclaims.

Dated: March 19, 2024

Respectfully submitted,
ADVANCE TRADING, INC.,
an Illinois Corporation


/s/  Michael G. Butts_____
Michael G. Butts, its attorney

3

## CERTIFICATE OF SERVICE BY ATTORNEY

In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that

the foregoing **MOTION TO DISMISS COUNTERCLAIM** was filed with the Clerk of this

Court by submission of the same via this Court's Electronic Case File System ("ECF") on March

19, 2024 and that notice of said electronic filing will automatically be transmitted by email to:

Lorna K. Geiler: lgeiler@meyercapel.com

Brian K. Jackson: bjackson@lanermuchin.com

Chard R. DeGroot: cdegroot@lanermuchin.com

 

 

 

Respectfully submitted,
ADVANCE TRADING, INC.,
an Illinois Corporation


/s/ _Michael G. Butts_____
Michael G. Butts, its attorney



Michael G. Butts
ARDC: 6308683
Wood, DeVary, Armstrong & Houska, P.C.
207 W. Jefferson St., Ste. 400
Bloomington, IL 61701
Phone: 309-827-0044
Fax: 309-829-0328
mbutts@wdalawyers.com