IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ADVANCE TRADING, INC., an Illinois Corporation, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:23-cv-01390-MMM-JEH |
| CRAIG BARONE, CRAIG ROBERTSON, FRED DIETZ, BRIAN JACOB, ERIC MEYER, JASON STRAHM, BRENT KIESER, AUSTIN ENDRESS, APALIS, LLC, and APALIS COMMODITIES, LLC, an Illinois Limited Liability Company, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S RESPONSE TO MOTION TO DISMISS AS TO COUNTS IX, XI, XII, & XIII

NOW COMES the Plaintiff, ADVANCE TRADING, INC., an Illinois Corporation, by and through its attorneys, Wood, DeVary, Armstrong & Houska, P.C., and for their Response to Defendants, APALIS, LLC, APALIS COMMODITIES, LLC, and AUSTIN ENDRESS, Motion to Dismiss as to Counts IX, XI, XII, and XIII, states as follows:

1. These Defendants filed a Motion to Dismiss as to Counts IX, XI, XII, and XIII on January 16, 2024.

2. Plaintiff has plead the *prima facie* elements of a claim for inducement to breach fiduciary duty.

3. That Plaintiff properly alleges facts which can establish that the Endress and the Apalis Defendants induced a breach of duty and have accepted benefits from the alleged breach.

1

4. Any attempt to argue that they have not ignores basic tenants of the law related to limited liability companies and agency in the imputation of actions by persons with managerial control to corporate entities.

5. Therefore, Count IX should not be dismissed as to any of the Defendants.

6. Plaintiff has plead the *prima facie* elements of the claim for tortious interference with contract.

7. Plaintiffs' argument underscores the scope of conduct in Illinois Laws constituted has ruled as tortious interference with contract.

8. In Count XII, Plaintiff has properly plead a claim for civil conspiracy.

9. In Count XII, Plaintiff has alleged tortious and unlawful conduct on a part of the Endress and the Apalis Defendants.

10. Therefore, Count XII of the Complaint should not be dismissed as to Endress or the Apalis Defendants.

11. Plaintiff has properly plead Count XIII seeking the imposition of a constructive trust.

12. Count XIII alleges more actions than the Apalis entites competing with the Plaintiff.

13. Plaintiff has alleged substantial facts which establishes unjust enrichment, fraud, abuse of confidential relationship, and breach of fiduciary duty.

14. Therefore, Count XIII should not be dismissed as to Endress or the Apalis Defendants.

WHEREFORE, the Plaintiff respectfully requests that the Court not dismiss Counts IX, XI, XII, and XIII of Plaintiff's Complaint or dismiss Endress and Apalis Defendants as Defendants in

Counts IX, XI, XII and XIII of Plaintiff's Complaint or in the alternative, that Plaintiff be granted leave to amend its Complaint.

Dated: March 19, 2024

                                              Respectfully submitted,
                                              ADVANCE TRADING, INC.,
                                              an Illinois Corporation

                                              /s/ Michael G. Butts
                                              Michael G. Butts, its attorney

**CERTIFICATE OF SERVICE BY ATTORNEY**

In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that the foregoing **PLAINTIFF'S RESPONSE TO MOTION TO DISMISS AS TO COUNTS IX, XI, XII, & XIII** was filed with the Clerk of this Court by submission of the same via this Court's Electronic Case File System ("ECF") on March 19, 2024 and that notice of said electronic filing will automatically be transmitted by email to:

Lorna K. Geiler: lgeiler@meyercapel.com

Brian K. Jackson: bjackson@lanermuchin.com

Chard R. DeGroot: cdegroot@lanermuchin.com

    Respectfully submitted,
    ADVANCE TRADING, INC.,
    an Illinois Corporation

    /s/  Michael G. Butts_____
    Michael G. Butts, its attorney

Michael G. Butts
ARDC: 6308683
Wood, DeVary, Armstrong & Houska, P.C.
207 W. Jefferson St., Ste. 400
Bloomington, IL 61701
Phone: 309-827-0044
Fax: 309-829-0328
mbutts@wdalawyers.com