IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ADVANCE TRADING, INC. an Illinois, Corporation, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) Jury Demand (Counterclaim) ) |
| v. | ) Case No. 1:23-cv-01390 ) |
| CRAIG BARONE, CRAIG ROBERTSON, FRED DIETZ, BRIAN JACOB, ERIC MEYER JASON STRAHM, BRENT KIESER, AUSTIN ENDRESS, APALIS, LLC and APALIS COMMODITIES, LLC, an Illinois Limited Liability Company, | ) Hon. Michal M. Mihm ) ) Hon. Mag. Judge Jonathan E. Hawley ) ) ) ) |
| Defendants/Counter-Plaintiffs. | ) ) |

**DEFENDANTS'-COUNTER-PLAINTIFFS' RESPONSE TO PLAINTIFFS'-COUNTERDEFENDANTS' MOTION TO DISMISS DEFENDANTS'-COUNTER-PLAINTIFFS' COUNTER CLAIMS**

Defendants/Counter-Plaintiffs Barone, Robertson, Dietz, Jacob, Meyer, Strahm, and Kieser (collectively "Defendants") brought counter-claims against Plaintiff/Counter-Defendant Advance Trading, Inc. ("ATI"), and Counter-Defendants The Advance Trading, Inc. 401(k) Plan and ESOP, and its Administrative Committee (collectively, "Plaintiffs") for breach of contract, defamation, and various breaches of fiduciary duty under ERISA. Plaintiffs moved to dismiss each of Defendants' counterclaims. In response to Plaintiffs' Motin to Dismiss the Counterclaims, Defendants respectfully state as follows:

I. Plaintiffs' Motion to Dismiss

Plaintiffs moved to dismiss Defendants' five counterclaims without citing any particular rule under which those counterclaims should be dismissed.

II. Summary of Defendants' Opposition Arguments

In summary, Defendants request that this court deny Plaintiffs' Motion to Dismiss as to all Counterclaims for the following reasons:

(a) Plaintiffs fail to cite any federal rule (*e.g.*, 12(b)(1 – 7)) in support of their Motion to Dismiss, as required by the Central District of Illinois;

(b) It would be unreasonable, unjust, and a waste of court and party resources to apply the forum selection clause in the Shareholder Agreement for purposes of dismissing the counterclaim in this court when the claims therein are so intertwined with the claims first asserted by Plaintiff in this very forum. In addition, although the federal notice pleading standards do not require a non-moving party to plead the elements of a cause of action, Defendants have adequately pled all elements required for a breach of contract claim;

(c) Defendants have adequately stated a claim for defamation *per se*, because their claim sufficiently alleges that the publicized statement that Defendants were "going to jail" in connection with their resignation from ATI was made by ATI personnel to a third party, was a statement of purported fact made either knowing it was false or with reckless disregard for its truth or falsity, could not be interpreted to refer to someone other than Defendants, and imputed to the Defendants the commission of criminal offenses. Plaintiffs arguments about pleading standards (*i.e.*, citing Illinois fact pleading cases) are without merit; and

(d) The breach of fiduciary duty claims cannot be dismissed for failure to exhaust administrative remedies, because no claims for benefits have been made by Defendants that would require such exhaustion. Rather, the alleged breaches of fiduciary duty relate to Plaintiffs' failure to follow plan terms, their failure to

discharge their fiduciary duties prudently, and failure to supply information required by statute, none of which require or relate to the administration of a claim for benefits.

Accordingly, Defendants respectfully request that the Court deny Plaintiffs' Motion to Dismiss Defendants' Counterclaim and allow Defendants to proceed with those claims.

| | |
|---|---|
| Dated: April 16, 2024 | FRED DIETZ, CRAIG BARONE, CRAIG ROBERTSON, BRIAN JACOB, ERIC MEYER, JASON STRAHM, BRENT KIESER, Defendants |
| | By: /s/ Brian K. Jackson<br>Brian K. Jackson |

Brian K. Jackson
Chad R DeGroot
LANER MUCHIN, LTD.
515 North State Street, Suite 2400
Chicago, IL 60654
(312) 467-9800
(312) 467-9429 (fax)

Attorneys for Defendants FRED DIETZ, CRAIG BARONE, CRAIG ROBERTSON, BRIAN JACOB, ERIC MEYER, JASON STRAHM, and BRENT KIESER.

## **CERTIFICATE OF SERVICE**

  I, Brian K. Jackson, an attorney, hereby certify that on April 16, 2024, I caused to be served a copy of the foregoing in the above-captioned matter to be filed with the Clerk of the District Court and served on the parties of record, including those listed below, by operation of the Court's CM/ECF electronic filing system, addressed to:

> Michael G. Butts
> Wood, DeVary, Armstrong & Houska, P.C.
> 207 West Jefferson Street, Suite 400
> Bloomington, Illinois 61701
> mbutts@wdalawyers.com
> Phone: (309) 827-0044
> Fax: (309) 829-0328

> /s/ Brian K. Jackson
> Brian K. Jackson