IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ADVANCE TRADING, INC. an Illinois, Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:23-cv-01390-MMM-JEH ) |
| CRAIG BARONE, CRAIG ROBERTSON, FRED DIETZ, BRIAN JACOB, ERIC MEYER, JASON STRAHM, BRENT KIESER, AUSTIN ENDRESS, APALIS, LLC and APALIS COMMODITIES, LLC, an Illinois Limited Liability Company, | ) ) ) ) ) ) |
| Defendants. | ) |

## JOINT MOTION REQUESTING A SETTLEMENT CONFERENCE

Defendants Craig Barone, Craig Robertson, Fred Dietz, Brian Jacob, Eric Meyer, Jason Strahm, and Brent Kieser, by and through their counsel, Defendants Apalis, LLC, Apalis Commodities, LLC, and Austin Endress, by and through their counsel, and Plaintiff Advance Trading, Inc., by and through its counsel, (collectively, the "Parties"), pursuant to Section XIV of the Honorable Jonathan E. Hawley's Standing Order, and for their Joint Motion Requesting a Settlement Conference, hereby state as follows:

1. Plaintiff filed the above-captioned lawsuit on October 13, 2023. *See* Docket Entry 1. On January 16, 2024 and January 19, 2024, the Defendants filed Motions to Dismiss Plaintiff's Complaint. *See* Docket Entries 22 and 24. Certain of the Defendants filed Counterclaims directed against Plaintiff. *See* Docket Entry 26.

2. On March 19, 2024, Plaintiff filed a Motion to Dismiss directed at the Counterclaims. *See* Docket Entry 30. Briefing on the Parties' respective Motions to Dismiss is complete. *See* Docket Entries 23, 25-1, and 33.

3. The Court has not yet ruled upon any of the Parties' respective Motions to Dismiss.

4. At this time, the Parties mutually believe that a Settlement Conference conducted by the Honorable Jonathan E. Hawley may lead to the amicable resolution of all claims, including the Counterclaims, pending before the Court without the further expenditure of the Court's or the Parties' resources.

5. The Parties, therefore, pursuant to Section XIV of the Honorable Jonathan E. Hawley's Standing Order, have filed this Joint Motion Requesting a Settlement Conference.

WHEREFORE, the Parties respectfully request that the Court enter an Order setting this case for a Rule 16(a)(5) Pretrial Conference for the purpose of "facilitating settlement."

Dated: May 3, 2024

Respectfully submitted:

By: /s/*Brian K. Jackson*
Brian K. Jackson
Chad DeGroot
LANER MUCHIN, LTD.
515 North State Street, Suite 2400
Chicago, IL 60654
(312) 467-9800 / (312) 467-9429 (fax)

Attorneys for Defendants CRAIG BARONE, CRAIG ROBERTSON, FRED DIETZ, BRIAN JACOB, ERIC MEYER, JASON STRAHM, and BRENT KIESER

/s/*Lorna K. Geiler* (w/ consent)
Lorna K. Geiler
MEYER CAPEL
306 W. Church St.
Champaign, IL 61820
(217) 352-1083 / (217) 352-1083 (fax)

Attorney for AUSTIN ENDRESS, APALIS, LLC and APALIS COMMODITIES, LLC

By: /s/*Michael G. Butts* (w/ consent)
Michael G. Butts
WOOD, DEVARY, ARMSTRONG & HOUSKA, P.C.
207 West Jefferson Street, Suite 400
Bloomington, Illinois 61701
(309) 827-0044 / (309) 829-0328 (fax)

Attorney for Plaintiff ADVANCE TRADING, INC.

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 3, 2024, a copy of the foregoing was filed electronically and served upon all attorneys of record by operation of the Court's electronic filing system.

/s/*Brian K. Jackson*
Brian K. Jackson
